# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 5:20-cv-00064-JFW (SHK) | Date: February 25, 2020 |
| Title: *Peggy Sue Battery v. Andrew Saul* | |

**Present: The Honorable** Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER TO SHOW CAUSE

On January 10, 2020, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. On January 17, 2020, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file proofs of service within **thirty** (30) days after the filing of the CMO. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proof of service has not been filed with the Court.

Accordingly, no later than **March 6, 2020,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proof of service by March 6, 2020, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**