JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.S.B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 5:20-cv-00064-SB-SHK <br><br> **JUDGMENT** |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order Accepting the Findings and Recommendation of the United States Magistrate Judge.

DATED: 04/15/2021

_____
HON. STANLEY BLUMENFELD, JR.
United States District Judge